# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 13, 2006

129232

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

JOHNNY R. THACKER,
   Defendant-Appellant.

SC: 129232
COA: 262435
St. Joseph CC: 04-012683-AR

_____/

   On order of the Court, the application for leave to appeal the June 2, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.

   CAVANAGH, J., would remand this case to the Court of Appeals as on leave granted.

   KELLY, J., would reverse the circuit court ruling and reinstate the district court ruling.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 13, 2006

_____
Clerk

s0406